**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kaitlin Elizabeth Courville and Michael Ray Laws,
Defendants,

Of whom Michael Ray Laws is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-002208

_____

Appeal From Horry County
Tommy B. Edwards, Family Court Judge

_____

Unpublished Opinion No. 2016-UP-219
Submitted May 17, 2016 – Filed May 19, 2016

_____

**AFFIRMED**

_____

Lesley Ann Sasser, of Law Office of Lesley Ann Sasser,
LLC, of Conway, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, for the Guardian ad Litem.

---

**PER CURIAM:**  Michael Ray Laws appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Laws's counsel.

**AFFIRMED.**[1]

**HUFF, A.C.J., and KONDUROS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.